# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ENEIDA LOPEZ** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-2694** |
| **v.** | : | |
| | : | |
| **ETHICON INC.,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 16th day of September 2020, upon consideration of the *motion for summary judgment* filed by Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Defendants"), [ECF 31, 32], and the response in opposition filed by Plaintiff Eneida Lopez, [ECF 35, 36], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**, *in part*, and **DENIED**, *in part*, as follows:

(1) Defendants' motion is **GRANTED** as to Plaintiff's strict liability claims at Counts III and V.  Accordingly,   **JUDGMENT** is entered in favor of Defendants Ethicon, Inc. and Johnson & Johnson and against Plaintiff Eneida Lopez on Counts III and V; and

(2) Defendants' motion is **DENIED** as to Plaintiff's negligence claims premised on failure to warn and design defects contained within Count I.

It is further **ORDERED** that Counts I (to the extent premised on a manufacturing defect), II, IV, and VI through XV are deemed **WITHDRAWN**, with prejudice, and Counts XVII and XVIII are **DISMISSED** with prejudice.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*